CAPITAL NATIONAL BANK ET AL. V. SAMUEL CUPPLES WOODENWARE COMPANY.

FILED DECEMBER 2, 1896.    No. 6973.

Banks and Banking: RECEIVERS: TRUST FUNDS.

ERROR from the district court of Lancaster county. Tried below before STRODE, J.

*Cobb & Harvey*, for plaintiffs in error.

*Mockett, Rainbolt & Polk*, contra.

RYAN, C.

In conformity with the views expressed in *Capital Nat. Bank v. Coldwater Nat. Bank*, 49 Neb., 786, which are necessarily determinative of the result of this case, the judgment of the district court is

AFFIRMED.